UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYBIL HOWELL | ) | FILED: MAY 21, 2008 |
| | ) | 08CV2959    PH |
| Plaintiff, | ) | JUDGE MORAN |
| | ) | MAGISTRATE JUDGE MASON |
| v. | ) | |
| | ) | |
| LONNIE BOISSEAU, David Soglin and | ) | |
| Vangard Car Rental USA, Inc., d/b/a National | ) | |
| Car Rental, and Sherry L. Hedge and Vangard | ) | |
| Car Rental USA, Inc., d/b/a National Car | ) | Formerly case No. 07 L 010269, |
| Rental | ) | Circuit Court of Cook County, Illinois |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:   Clerk of the Court                         Reibman, Hoffman, Baum, Hirsch &
      Circuit Court of Cook County               O'Toole, Ltd.
      Richard J. Daley Center, Room 801          20 North Clark Street, Suite 1700
      50 West Washington Street                  Chicago, Illinois 60602
      Chicago, Illinois 60602

      Seyfarth Shaw LLP
      131 South Dearborn Street, # 2400
      Chicago, Illinois 60604

   The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action from

the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of

Illinois, pursuant to the

   1.   On September 28, 2007, plaintiff Sybil Howell, commenced the above civil action

against Lonnie Boisseau, David Soglin, Vangard Car Rental d/b/a National Car Rental, and Sherry

L. Hedge, alleging negligence in connection with a motor vehicle accident. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Lonnie Boisseau was acting within the scope of her employment as an employee of the United States at the time of the incidents out of which the claim arose.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) upon certification by the designee of the Attorney General of the United States that defendant Lonnie Boisseau was acting within the scope of her employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the federal party defendant in place of defendant Lonnie Boisseau.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d), and the United States is substituted as the defendant in lieu of Lonnie Boisseau.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Amanda A. Berndt
　　　AMANDA A. BERNDT
　　　Assistant United States Attorney
　　　219 South Dearborn Street
　　　Chicago, Illinois 60604
　　　(312) 353-1413
　　　Amanda.Berndt@usdoj.gov

08CV2959
PH
JUDGE MORAN
MAGISTRATE JUDGE MASON

90674

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SYBIL HOWELL,

    Plaintiff

Vs.

LONNIE BOISSEAU, DAVID SOGLIN and VANGARD
CAR RENTAL USA, INC D/B/A NATIONAL CAR RENTAL;
AND SHERRY L. HEDGE AND VANGARD
CAR RENTAL USA, INC D/B/A NATIONAL CAR
RENTAL

    Defendants

) 2007L010269
) CALENDAR/ROOM E
) TIME 00:00
) PI Motor Vehicle
)
)
)
)
)
)
)
)

## COMPLAINT AT LAW

### Count I

NOW COMES the Plaintiff, SYBIL HOWELL by and through her attorneys, REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE, LTD., and complains of the Defendants, LONNIE L. BOISSEAU, DAVID SOGLIN AND VANGARD CAR RENTAL USA, INC. d/b/a NATIONAL CAR RENTAL, as follows:

1. That on the 4th day of October, 2005, Defendant, LONNIE L. BOISSEAU, defendant, DAVID SOGLIN, and Defendant, VANGAURD CAR RENTAL USA, INC d/b/a NATIONAL CAR RENTAL, by and through its agent and servant, Defendant, LONNIE BOISSEAU, were operating a certain motor vehicle at or near Houston, Texas approx. 2600 South Loop West (eastbound).

2. On the day and date aforesaid, the Plaintiffs, SYBIL HOWELL, was an occupant in a vehicle being driven by the Defendant, LONNIE L BOISSEAU, in an easterly direction on at or near Houston, Texas approx. 2600 South. Loop West (eastbound).

1


GOVERNMENT EXHIBIT A

3. On the date and date aforesaid, the Plaintiff, SYBIL HOWELL, was an occupant in the aforesaid motor vehicle and were being transported thereby and therein, and as such occupant had no control over the operation of said motor vehicle.

4. On the day and date aforesaid, the Defendant, SHERRY HEDGE and Defendant, VANGAURD CAR RENTAL USA, INC d/b/a NATIONAL CAR RENTAL, by and through its agent and servant, Defendant, SHERRY HEDGE, operated their automobile at or near Houston Texas approx 2600 South Loop West (eastbound).

5. At the time and place aforesaid, the Defendants, LONNIE L. BOISSEAU, then and there carelessly, negligently, wrongfully and unlawfully operated and maintained said automobile so that as a direct and proximate result thereof, the said automobile was caused to and did collide with great force and violence into and against the rear of the Defendant, SHERRY HEDGE'S vehicle, thereby causing the Plaintiff, SYBIL HOWELL, to sustain severe and serious injuries.

6. At the time and place aforesaid, the Defendant, LONNIE L. BOISSEAU, did one or more of the following careless and negligent acts:

    (a)    Carelessly and negligently operated, managed, maintained and controlled said vehicle so that as a direct and proximate result thereof, the Plaintiff was injured.

    (b)    Carelessly and negligently operated said vehicle at a rate of speed that was greater than reasonable and proper with regard to traffic conditions in the use of the way, or endangered the safety of the Plaintiff.

    (c)    Carelessly and negligently operated said vehicle without keeping a proper and sufficient lookout for other vehicles in and about the area.

    (d)    Followed the automobile more closely than was reasonable and prudent, having no regard for the speed of said vehicles and the condition of the traffic upon the way.

(e) Carelessly and negligently failed to have said vehicle equipped with proper and sufficient brakes.

(f) Carelessly and negligently failed to give audible and proper warning of the approach of said vehicle, although such warning was necessary to insure the safe operation of said vehicle.

(g) Carelessly and negligently failed to maintain proper control over said vehicle at all times.

(h) Carelessly and negligently failed to stop said vehicle so as to avoid striking the another automobile.

(i) Carelessly and negligently failed to change the course of said vehicle so as to avoid striking another automobile.

(j) Was otherwise careless and negligent.

7. As a direct and proximate result of one or more of the aforesaid wrongful, careless and negligent acts of the Defendant, the Plaintiff, SYBIL HOWELL then and there severely and seriously injured, both internally and externally, and she suffered a severe shock to her nervous system, and bruises, contusions and lacerations to her body, and she became sick and disabled and will, in the future, suffer great pain, discomfort and physical impairment; and her said injuries required hospitalization, all of which said injuries are permanent; and she has been kept from attending to her ordinary affairs and duties, and she has lost large gains, and she has become obligated for large sums of money for medical and hospital care and attention.

WHEREFORE, the Plaintiff, SYBIL HOWELL, pray for monetary relief against the Defendants, LONNIE L. BOISSEAU, DAVID SOGLIN AND VANGARD CAR RENTAL USA, INC. d/b/a NATIONAL CAR RENTAL, and each of them, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus the costs of filing this lawsuit.

## COUNT II

NOW COMES the Plaintiff, SYBIL HOWELL by and through her attorneys, REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE, LTD., and complains of the Defendants, SHERRY HEDGE AND VANGARD CAR RENTAL USA, INC d/b/a NATIONAL CAR RENTAL, as follows:

1. That on the 4th day of October, 2005, the Defendant, SHERRY HEDGE and Defendant, VANGAURD CAR RENTAL USA, INC d/b/a NATIONAL CAR RENTAL, by and through its agent and servant, Defendant, SHERRY HEDGE, operated their automobile at or near Houston Texas approx 2600 South Loop West (eastbound).

2. That on the 4th day of October, 2005, Defendant, LONNIE L. BOISSEAU and Defendant, VANGAURD CAR RENTAL USA, INC d/b/a ALAMO AND NATIONAL CAR RENTAL, by and through its agent and servant, Defendant, LONNIE BOISSEAU, were operating a certain motor vehicle at or near Houston, Texas approx. 2600 South Loop West (eastbound).

3. On the day and date aforesaid, the Plaintiffs, SYBIL HOWELL, was an occupant in a vehicle being driven by the Defendant, LONNIE L BOISSEAU, in an easterly direction on at or near Houston, Texas approx. 2600 South Loop West (eastbound).

4. On the date and date aforesaid, the Plaintiff, SYBIL HOWELL, was an occupant in the aforesaid motor vehicle and were being transported thereby and therein, and as such occupant had no control over the operation of said motor vehicle.

5. At the time and place aforesaid, the Defendant, SHERRY HEDGE, then and there carelessly, negligently, wrongfully and unlawfully operated and maintained said automobile so that

4

.

as a direct and proximate result thereof, the defendant slammed on her brakes thereby causing the automobile operated by the Defendant, LONNIE L. BOISSEAU, to collide with great force and violence into and against the rear of the Defendant, SHERRY HEDGE'S, vehicle, thereby causing the Plaintiff, SYBIL HOWELL to sustain severe and serious injuries.

6. At the time and place aforesaid, the Defendant, SHERRY HEDGE, did one or more of the following careless and negligent acts:

(a) Operated, managed, maintained, and controlled said vehicle so that as a direct and proximate result thereof, the Plaintiff was injured.

(b) Operated said vehicle at a rate of speed that was greater than reasonable and proper with regard to traffic conditions in the use of the way, and endangered the safety of the Plaintiff.

(c) Operated said vehicle without keeping a proper and sufficient lookout for other vehicles in and about the area.

(d) Failed to have said vehicle equipped with proper and sufficient brakes.

(e) Failed to maintain proper control over said vehicle at all times.

(f) Failed to change the course of said automobile so as to avoid a collision with another motor vehicle.

(g) Carelessly and negligently stopped said automobile without reason.

(h) Carelessly and negligently failed to pay attention to the flow of traffic.

7. As a direct and proximate result of one or more of the aforesaid wrongful, careless and negligent acts of the Defendant, the Plaintiff, SYBIL HOWELL, was then and there severely and seriously injured, both internally and externally, and she suffered a severe shock to her nervous system, and bruises, contusions and lacerations to her body, and she became sick and disabled and will, in the future, suffer great pain, discomfort and physical impairment; and her said injuries required hospitalization, all of which said injuries are permanent; and she has been kept from

attending to her ordinary affairs and duties, and she has lost large gains, and she has become obligated for large sums of money for medical and hospital care and attention.

WHEREFORE, the Plaintiff, SYBIL HOWELL, pray for monetary relief against the Defendant, SHERRY HEDGE AND VANGUARD CAR RENTAL USA, INC d/b/a NATIONAL CAR RENTAL, and each of them, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus the costs of filing this lawsuit.

ATTORNEY FOR PLAINTIFF

I.D. #90674
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE, LTD.
Attorneys for Plaintiff
20 N. CLARK, SUITE 1700
Chicago, IL 60602
(312)372-6367

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SYBIL HOWELL, <br><br>　　　　　　Plaintiff <br><br>　　Vs. <br><br>LONNIE BOISSEAU, DAVID SOGLIN and VANGARD CAR RENTAL USA, INC D/B/A NATIONAL CAR RENTAL; AND SHERRY L. HEDGE AND VANGARD CAR RENTAL USA, INC D/B/A NATIONAL CAR RENTAL <br><br>　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF DAMAGES
### SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and States that he/she is the attorney for the plaintiff in the above titled cause of action seeking money damages or collection of taxes and states that cause of action.

[ ]　　DOES NOT EXCEED $50,000.00

[X]　　DOES EXCEED $50,000.00

REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE

BY: _____

Subscribe and sworn
To before me this
28th day of September, 2007
_Gail A Yates_
Notary Public

```
OFFICIAL SEAL
GAIL A YATES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/10
```

08CV2959
PH
JUDGE MORAN
MAGISTRATE JUDGE MASON

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Sybil Howell v. Lonnie Boisseau, et al.*, No. 2007 L 010269 (Circuit Court of Cook County, Illinois), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that Lonnie Boisseau was acting within the scope of her employment as an employee of the United States at the time of the incidents out of which the claim arose.

Dated: May 21, 2008

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
  for the Northern District of Illinois

