UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYBIL HOWELL | ) | FILED: MAY 21, 2008 |
|  | ) | 08CV2959   PH |
| Plaintiff, | ) | JUDGE MORAN |
|  | ) |  |
| v. | ) | MAGISTRATE JUDGE MASON |
|  | ) |  |
| LONNIE BOISSEAU, David Soglin and | ) |  |
| Vangard Car Rental USA, Inc., d/b/a National | ) |  |
| Car Rental, and Sherry L. Hedge and Vangard | ) |  |
| Car Rental USA, Inc., d/b/a National Car | ) | Formerly case No. 07 L 010269, |
| Rental | ) | Circuit Court of Cook County, Illinois |
|  | ) |  |
| Defendants. | ) |  |

## NOTICE OF FILING

To:   Clerk of the Court                                     Reibman, Hoffman, Baum, Hirsch &
      Circuit Court of Cook County                           O'Toole, Ltd.
      Richard J. Daley Center, Room 801                      20 North Clark Street, Suite 1700
      50 West Washington Street                              Chicago, Illinois 60602
      Chicago, Illinois 60602


      Seyfarth Shaw LLP
      131 South Dearborn Street, # 2400
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on May 21, 2008, the United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, filed a notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act

("FTCA"), 28 U.S.C. § 2679.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By:  s/ Amanda A. Berndt
           AMANDA A. BERNDT
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-1413
           Amanda.Berndt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF FILING**

**NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF UNITED STATES AS DEFENDANT**

was served on May 21, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and were mailed to:

| | |
|---|---|
| Clerk of the Court<br>Circuit Court of Cook County<br>Richard J. Daley Center, Room 801<br>50 West Washington Street<br>Chicago, Illinois 60602 | Reibman, Hoffman, Baum, Hirsch &<br>O'Toole, Ltd.<br>20 North Clark Street, Suite 1700<br>Chicago, Illinois 60602 |
| Seyfarth Shaw LLP<br>131 South Dearborn Street, # 2400<br>Chicago, Illinois 60604 | |

s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1413
Amanda.Berndt@usdoj.gov