UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYBIL HOWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2959 |
| | ) | |
| UNITED STATES, David Soglin and Vangard | ) | Judge Moran |
| Car Rental USA, Inc., d/b/a National Car | ) | |
| Rental, and Sherry L. Hedge and Vangard Car | ) | Formerly case No. 07 L 010269 |
| Rental USA, Inc., d/b/a National Car Rental | ) | Circuit Court of Cook County, Illinois |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Reibman, Hoffman, Baum, Hirsch     Seyfarth Shaw LLP
&  O'Toole, Ltd.                                   131 South Dearborn Street
20 North Clark Street                         #2400
Suite 1700                                           Chicago, IL 60603
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Thursday, June 5, 2008 at 9:00a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Moran in Room 1843, in the Everett Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before

such other judge who may be sitting in his stead, and then and there present **UNITED STATES' MOTION TO DISMISS,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    Amanda.Berndt@usdoj.gov