UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sybil Howell
                                    Plaintiff,

v.                                               Case No.: 1:08−cv−02959
                                                   Honorable James B. Moran

Lonnie Boisseau, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable James B. Moran:Motion hearing held on 6/5/2008 regarding motion to dismiss/lack of jurisdiction [4]. Plaintiff's response to United States' motion to dismiss to be filed by 7/3/2008. United States reply in support of its motion [4] to be filed by 7/15/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.