# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2959 | **DATE** | 7/11/2008 |
| **CASE TITLE** | SYBIL HOWELL vs. USA | | |

**DOCKET ENTRY TEXT**

United States' motion to dismiss [4] is granted without objection. Case is remanded to the Circuit Court of Cook County, IL (Case No. 07 L 010269).

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|